UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Charles Roberts
Case No. 11-10806-JMD
Chapter 13
Debtor

**FILED**

## TRUSTEE'S AFFIDAVIT OF UNCLAIMED FUNDS

2011 NOV 29 P 12: 45

CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH.

I, LAWRENCE P. SUMSKI, Chapter 13 Trustee, being duly sworn, do solemnly swear on my oath and say:

1.  That certain disbursements authorized by the Court have been unable to be consummated in the above-cited Chapter 13 case, and the case is otherwise ready to be closed.

2.  That pursuant to § 347(a) and Rule 3011 I have now cancelled a disbursement check, to wit:

Check #5785
Issued on: 7/26/2011
Issued to: Charles Roberts
31 Hackett Road
Belmont, NH 03220
In the amount of $440.00

3.  That the original, now cancelled check was sent to the debtor via his attorney, Stanley Robinson at P.O. Box 267, Franklin, NH 03235 with a copy of the correspondence being sent contemporaneously to the debtor at the address listed above.

4.  That attached is my replacement check number 5887 in the amount of $440.00, payable to the Clerk of Court, and these should be considered unclaimed funds.

I hereby certify the above-cited information to be true to the best of my knowledge.

Respectfully submitted

Dated:  November 29, 2011

Lawrence P. Sumski,
Chapter 13 Trustee
1000 Elm Street
Suite 1002
Manchester, NH  03101
(603) 626-8899
ID# BNH01460

CC: KAM 11-29-11

On this the 29th day of November, 2011 before me, personally appeared Lawrence P. Sumski satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same voluntarily and for the purposes therein contained.

Before me,

Notary Public
KALYN D. WAGNER, Notary Public
My Commission Expires June 13, 2012

### CERTIFICATE OF SERVICE

I hereby certify that on this, the 29th day of November, 2011, a copy of the foregoing Affidavit of Unclaimed Funds was forwarded, by first class mail to Charles Roberts at 31 Hackett Road, Belmont, NH  03220, Debtor's Attorney, and AUST Geraldine Karonis.

Dated:  November 29, 2011        /s/ Lawrence P. Sumski
                                 Lawrence P. Sumski